IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. ELLIOTT, | ) | |
| Petitioner, | ) | Civil Action No. 7:15cv00478 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAROLD W. CLARKE, | ) | United States District Judge |
| Respondent. | ) | |

**ORDER**

In accordance with the Memorandum Opinion entered this day, it is hereby ORDERED that Elliott's 28 U.S.C. § 2254 petition is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

Further, finding that Elliott has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to the petitioner.

Entered: October 20, 2015.

*Elizabeth K. Dillon*
United States District Judge